UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL KALKHOFF,

    Plaintiff,

    v.    Case No. 07-C-0438

ROUNDY'S SUPERMARKETS, INC.,

    Defendant.

**ORDER**

On June 11, 2008, the court received a letter from the plaintiff, Michael Kalkhoff ("Kalkhoff"), along with what appear to be copies of the plaintiff's answers to the defendant's first set of interrogatories and responses to the defendant's request for production of documents. The letter states that Kalkhoff was only sending these discovery materials to the court, and that the defendant's attorney could look at them in the judge's chambers. It has since been brought to the court's attention that the defendant's attorney has obtained from the court copies of the plaintiff's answers to the defendant's first set of interrogatories and responses to the request for production of documents.

Under Fed. R. Civ. P. 33 and 34, answers to interrogatories and responses to requests for documents are to be served <u>directly upon the opposing party</u>. *See also* Fed. R. Civ. P. 5(a)(1). In the future, the court will not consider any written materials from the plaintiff unless there is a written

certification filed therewith that the plaintiff has also served the defendant with a copy of such materials.[1]

Finally, the plaintiff is advised that all filings must be made with the Clerk of Court, and not with court chambers.

**SO ORDERED** this 12th day of June 2008, at Milwaukee, Wisconsin.

/s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge

---

[1] In addition, the plaintiff is reminded that in the order granting the plaintiff's request to proceed in forma pauperis, Judge Adelman directed the plaintiff to "provide defendant or his counsel with copies of all future motions or papers filed by the plaintiff in this action." (July 5, 2007 Order at 2.)